# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEXT FACTORS, INC., | ) Case No. C-06-06036-JSW |
| | ) |
| Appellant, | ) On Appeal from the United States Bankruptcy |
| | ) Court for the Northern District of California, |
| v. | ) Case No. 00-42104-T11 |
| | ) |
| AUREAL, INC., | ) **ORDER AUTHORIZING TELEPHONIC** |
| | ) **APPEARANCE OF MICHAEL J. HEYMAN** |
| Appellee. | ) **AT THE DECEMBER 22, 2006, HEARING** |
| | ) **ON THE MOTION OF THE BECKER LAW** |
| | ) **OFFICE FOR LEAVE TO WITHDRAW AS** |
| | ) **ATTORNEYS FOR APPELLANT NEXT** |
| | ) **FACTORS, INC.** |
| | ) |
| | ) |
| _____ | ) |

Having considered the Administrative Request (the "Administrative Request") for

Authorization of Michael J. Heyman to Appear Telephonically at the December 22, 2006, Hearing

on the Motion by Becker Law Office for Leave to Withdraw as Attorneys for Appellant Next

Factors, Inc.;

**IT IS HEREBY ORDERED** that:

1.　　The Administrative Request is granted;

2.　　Mr. Heyman is authorized to appear via telephone at the December 22, 2006, hearing

on the Motion by Becker Law Office for Leave to Withdraw as Attorneys for

Appellant Next Factors, Inc.

**IT IS SO ORDERED.**

Dated: December 19, 2006

_____
JEFFREY S. WHITE
U.S. District Court Judge