IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: AUREAL INC.,

No. C 06-06036 JSW

**ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED**

_____/

On December 22, 2006, this Court conditionally granted the motion to withdraw as counsel filed by the Becker Law Office, which sought to be relieved as counsel for appellant Next Factors, Inc. The Order stated that the withdrawal would be effective as of February 9, 2007. The Order is now effective, and Next has not filed a substitution of counsel.

However, Appellee also has taken no further action. Accordingly, Appellee is HEREBY ORDERED TO SHOW CAUSE in writing why this appeal should not be dismissed for failure to prosecute. Appellee's response shall be due to this Court by no later than April 27, 2007.

**IT IS SO ORDERED.**

Dated: April 5, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE