IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: AUREAL INC.,

No. C 06-06036 JSW

**SECOND ORDER TO SHOW CAUSE WHY APPEAL SHOULD NOT BE DISMISSED**

_____/

On December 22, 2006, this Court conditionally granted the motion to withdraw as counsel filed by the Becker Law Office, which sought to be relieved as counsel for appellant Next Factors, Inc. The Order stated that the withdrawal would be effective as of February 9, 2007. The Order is now effective, and Next has not filed a substitution of counsel. On April 5, 2007, the Court issued an Order to show cause directing appellee, rather than appellant, to show cause in writing why the case should not be dismissed for failure to prosecute. To clear up any confusion created by the Court's Order, that ORDER TO SHOW CAUSE IS DISCHARGED, notwithstanding Appellee's lack of response.

Because Next has taken no further action with respect to this appeal and has not yet filed a substitution of counsel, and because a corporation cannot represent itself, Next is HEREBY ADVISED that it must file a substitution of counsel by May 14, 2007, along with a statement of good cause as to why it has been diligent in prosecuting this appeal, or the Court shall dismiss

1  this appeal without prejudice for failure to prosecute.

2  **IT IS SO ORDERED.**

3  Dated: May 1, 2007

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE