IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: AUREAL INC.,

No. C 06-06036 JSW

**ORDER DISMISSING APPEAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE**

_____/

On December 22, 2006, this Court conditionally granted the motion to withdraw as counsel filed by the Becker Law Office, which sought to be relieved as counsel for appellant Next Factors, Inc. The Order stated that the withdrawal would be effective as of February 9, 2007. The Order is now effective, and Next has not filed a substitution of counsel.

On May 1, 2007, the Court issued an Order to Show Cause advising Next that it was required to file a substitution of counsel by May 14, 2007, along with a statement of good cause as to why it has been diligent in prosecuting this appeal, or the Court would dismiss this appeal without prejudice for failure to prosecute.

Next has failed to file a substitution of counsel or a statement of good cause. Accordingly, this appeal is HEREBY DISMISSED WITHOUT PREJUDICE for failure to prosecute. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: May 31, 2007

_Jeffrey S. White_
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: AUREAL INC., | Case Number: CV06-06036 JSW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| IN RE: AUREAL INC. et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 31, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Next Factors Inc.
Attn: Mr. David O'Donnell
72 Van Reipen Avenue, Suite 37
Jersey City, New Jersey 07306-2806

Dated: May 31, 2007

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk